In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-06-182 CV


____________________



IN RE JEFFREY L. DIAMOND, KELLI L. RESTER, AND 


WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP






Original Proceeding






 MEMORANDUM OPINION 


 The relators filed a petition for writ of mandamus to compel the trial court to
withdraw the denial of counsel's motion to withdraw, and to sign a new order granting the
motion. The real party in interest, Emily Holman, subsequently supplied the Court with
a copy of an order granting Holman's response and objection to the motion to withdraw
and suggested that the issues raised in the petition for writ of mandamus have been mooted
by subsequent developments in the trial court. The relators did not object to the suggestion
of mootness. The petition for writ of mandamus is denied without reference to the merits
of the issues presented in the petition.

 WRIT DENIED.

 PER CURIAM


Opinion Delivered July 13, 2006 

Before McKeithen, C.J., Gaultney and Kreger, JJ.